# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

Plaintiff,

**-vs-**                                        **Case No. 09-CR-310**

**CHRISTINE R. PERKINS,**

Defendant.

# DECISION AND ORDER

Defendant Christine Perkins (Perkins) motions the Court to reduce her sentence pursuant to Amendment 782 of the United States Sentencing Guidelines. 18 U.S.C. § 3582(c) allows the Court to reduce a defendant's sentence if that defendant was sentenced based upon a guideline range that has subsequently been lowered by the Sentencing Commission.

Because Perkins' guideline range is not lowered as a result of Amendment 782, the Court is without authority to reduce her sentence pursuant to that provision, and Perkins' motion will be denied.

**IT IS HEREBY ORDERED THAT:**

Perkins' motion to reduce sentence – USSC amendment (ECF No. 354) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 24th day of March, 2015.

**BY THE COURT:**

**HON. RUDOLPH T. RANDA**
**U.S. District Judge**